874

No. 154, Misc.   SHERRICK *v.* EYMAN, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 157, Misc.   REDD *v.* VIRGINIA.   C. A. 4th Cir. Certiorari denied.

No. 159, Misc.   TAYLOR *v.* OHIO.   Sup. Ct. Ohio. Certiorari denied.   *Harland M. Britz* for petitioner. *Harry Friberg* for respondent.

No. 160, Misc.   THOMAS *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 161, Misc.   MINHINNICK *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 162, Misc.   SMITH *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 163, Misc.   TENORIO *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 164, Misc.   HARRIS ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   *H. H. Gearinger* for petitioners.   *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 165, Misc.   WILLIAMS *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.